# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CARRINGTON,<br><br>Petitioner,<br><br>v.<br><br>ROBERT NEUSCHMID, Warden,<br><br>Respondent. | Case No. 2:19-cv-02771-FMO-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Directing Entry of Judgment and Denying Certificate of Appealability,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and the action is dismissed without prejudice.

DATED: March 19, 2020

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE