O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CARRINGTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT NEUSCHMID,<br><br>　　　　　Respondent. | Case No. 2:19-cv-02771-FLA (KES)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the court has reviewed the First Amended Petition (Dkt. 7), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge regarding Ground Four of the First Amended Petition (Dkt. 41). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The court accepts the report, findings, and recommendations of the U.S. Magistrate Judge.

　　　　Grounds One through Three of the First Amended Petition were previously found to be unexhausted and dismissed without prejudice. (Dkt. 27, 28, 29.) The judgment dismissing those grounds was vacated after Petitioner successfully moved to reopen the case as to the exhausted Ground Four. (Dkt. 31.) However, the court's finding that Grounds One through Three are unexhausted remains the law of

the case.

    IT IS THEREFORE ORDERED that Judgment be entered dismissing Grounds One through Three of the First Amended Petition without prejudice and dismissing Ground Four with prejudice.

DATED: October 1, 2021

                                        FERNANDO L. AENLLE-ROCHA
                                        United States District Judge