JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CARRINGTON,<br><br>Petitioner,<br><br>v.<br><br>ROBERT NEUSCHMID,<br><br>Respondent. | Case No. 2:19-cv-02771-FLA (KES)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that Grounds One through Three of the First Amended Petition are dismissed without prejudice as unexhausted, and Ground Four is dismissed with prejudice on the merits.

DATED: October 1, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge